# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CAROL SHONROCK<br><br>PLAINTIFF(S),<br><br>v.<br><br>PATRICK EUGENE PHILLIPS, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:20−cv−01990<br><br>**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

To: All Counsel Appearing of Record

___   Due to clerical error, this case was improperly assigned to the ___ Division of this District. Pursuant to General Order 19-03 this case is hereby transferred to the ___ Division for all further proceedings.

X   Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the __Western__ Division.

This case has been reassigned to case number __2:20−cv−09063−GJS__ and has been assigned to __Magistrate Judge Gail J. Standish__ for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby assigned/reassigned to ___ for:

any discovery and/or post-judgment matters that may be referred.

for all proceedings in accordance with General Order 05-07.

All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: __2:20−cv−09063−GJS__. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

**Please be advised that no further filings may be made under case number __5:20−cv−01990__. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

Clerk, U.S. District Court

By: __/s/ *Luz Hernandez*__
__ luz_hernandez@cacd.uscourts.gov __
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

G−73 (03/19)   NOTICE OF INTRA−DISTRICT TRANSFER BY CLERK OF COURT